IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


MARK D. CASHIO, et al.                )
                                      )
v.                                    ) NO. 3-15-0489
                                      ) JUDGE CAMPBELL
3M COMPANY, et al.                    )


ORDER

    Plaintiffs have filed a Notice of Dismissal of Defendant Transdigm Group, Inc. (Docket No. 178), pursuant to Fed. R. Civ. P. 41(a)(1). Accordingly, Plaintiffs' claims against Defendant Transdigm Group, Inc. and its division Adel Wiggins Group are DISMISSED without prejudice.

    IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE