IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARK D. CASHIO, et al. | ) |
| | ) |
| v. | ) NO. 3-15-0489 |
| | ) JUDGE CAMPBELL |
| 3M COMPANY, et al. | ) |

ORDER

The parties have filed a Joint Stipulation of Substitution of BASF Corporation as Defendant and Dismissal of Defendant Novartis Corporation (Docket No. 182).  Accordingly, BASF Corporation is substituted as a Defendant in this action for Novartis Corporation, and Plaintiffs' claims against Novartis Corporation are dismissed without prejudice.

IT IS SO ORDERED.

                                                                                                          _____
                                                                                                          TODD J. CAMPBELL
                                                                                                          UNITED STATES DISTRICT JUDGE