IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARK D. CASHIO, et al. | ) |
| | ) |
| v. | ) NO. 3-15-0489 |
| | ) JUDGE CAMPBELL |
| 3M COMPANY, et al. | ) |

ORDER

Pending before the Court are Defendant Lockheed Martin Corporation's Emergency Motion for Reconsideration of Transfer Order (Docket No.189) and the Joinder in that Motion by Defendants Bell Helicopter Textron Inc. and AVCO Corporation (Docket No. 190). The Motion for Reconsideration is GRANTED, this case is REOPENED, and the Court's prior Order (Docket No. 188) is VACATED.

For the reasons stated in the accompanying Memorandum, Plaintiffs' Motion to Transfer Venue (Docket No. 166) is GRANTED. The Clerk is directed to close this case and transfer it to the U.S. District Court for the Western District of Louisiana at Shreveport.

All other pending Motions are denied without prejudice as moot.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE