U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 1 4 2015

TONY R. MOORE, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

MARK D. CASHIO and : Case No. 1:15-cv-2222
KIMBERLY W. CASHIO, :
:
:
:
Plaintiffs, : JUDGE DRELL
: MAGISTRATE KIRK
v. :
:
:
3M COMPANY, et al., :
:
Defendants. :

### ORDER DISMISSING DEFENDANTS AVCO CORPORATION AND BELL HELICOPTER TEXTRON INC.

After having maturely considered Plaintiffs' and Defendants,' Defendants Avco Corporation's and Bell Helicopter Textron, Inc.'s, Stipulated Dismissal pursuant to Fed.R.Civ.P. 41(a)(1), the Court finds the Stipulated Dismissal well-taken, and

IT IS ORDERED that Defendants Avco Corporation and Bell Helicopter Textron, Inc. are dismissed without prejudice from this case, each party to bear its own costs.

SIGNED on this 14th day of December, 2015, at Alexandria, Louisiana.

MAGISTRATE JUDGE KIRK
DISTRICT JUDGE