U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 14 2015

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| MARK D. CASHIO and<br>KIMBERLY W. CASHIO, | : | Case No. 1:15-cv-2222 |
| Plaintiffs, | : | JUDGE DRELL<br>MAGISTRATE KIRK |
| v. | : | |
| 3M COMPANY, et al., | : | |
| Defendants. | : | |

### ORDER DISMISSING LOCKHEED MARTIN CORPORATION

After having maturely considered Plaintiffs' and Defendant's, Lockheed Martin Corporation's, Stipulated Dismissal pursuant to Fed.R.Civ.P. 41(a)(1), the Court finds the Stipulated Dismissal well-taken, and

IT IS ORDERED that Defendant Lockheed Martin Corporation is dismissed with prejudice from this case, each party to bear its own costs.

SIGNED on this 14th day of December, 2015, at Alexandria, Louisiana.

MAGISTRATE JUDGE KIRK
DISTRICT JUDGE