UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| MARK D. CASHIO and<br>KIMBERLY W. CASHIO, | : | Case No.: 1:15-CV-2222 |
| Plaintiffs, | : | JUDGE DRELL<br>MAGISTRATE PEREZ-MONTES |
| v. | : | |
| 3M COMPANY, et al., | : | |
| Defendants. | : | |

**STIPULATED DISMISSAL OF DEFENDANT CBS CORPORATION**

Pursuant to Federal Rule Civil of Procedure 41(a)(1), Plaintiffs, by and through their attorneys, and Defendant, CBS Corporation, by and through its attorneys, hereby stipulate to the dismissal of Defendant, CBS Corporation, without prejudice from this case, each party to bear its own costs.

**AGREED TO AND APPROVED BY:**

**MORGAN & MORGAN, PA**

/s/ Rena F. Rocha, III
Rena F. Rocha, III (LA Bar No. 34411)
909 Poydras Street, Suite 1625
New Orleans, LA 70112
Telephone: (305) 989-8688
rrocha@forthepeople.com
*Counsel for Plaintiffs*

**FRILOT L.L.C.**

/s/ John J. Hainkel, III
John J. Hainkel, III – 18246
Angela M. Bowlin – 20714
James H. Brown, Jr. – 3564
Peter R. Tafaro – 28776
Meredith K. Keenan - 29287
Kelsey A. Eagan – 35764
3700 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-3700
T: (504) 599-8000; F: (504) 599-8100
*Counsel for CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MARK D. CASHIO and KIMBERLY W. CASHIO, | : Case No.: 1:15-CV-2222 |
| Plaintiffs, | : CHIEF JUDGE DRELL |
| | : MAGISTRATE PEREZ-MONTES |
| v. | : |
| 3M COMPANY, et al., | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2016, a true and correct copy of the foregoing Stipulated Dismissal of Defendant, CBS Corporation, was electronically served on all counsel of record via ECF and is available for viewing and downloading from the Court's ECF system.

/s/ Rene F. Rocha, III
Rena Rocha, III (LA Bar #34411)
909 Poydras Street, Suite 1625
New Orleans, LA 70112
Telephone: (305) 989-8688
rrocha@forthepeople.com
***Counsel for Plaintiffs***