RECEIVED
FEB - 3 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MARK D. CASHIO and KIMBERLY W. CASHIO, | Case No. 1:15-cv-2222 |
| Plaintiffs, | JUDGE DRELL |
| v. | MAGISTRATE PEREZ-MONTES |
| 3M COMPANY, et al., | |
| Defendants. | |

**ORDER DISMISSING DEFENDANT GEORGIA-PACIFIC, LLC**

After having maturely considered Plaintiffs' and Defendant's, Georgia-Pacific, LLC, Stipulated Dismissal pursuant to Fed.R.Civ.P. 41(a)(1), the Court finds the Stipulated Dismissal well-taken, and

IT IS ORDERED that Defendant Georgia-Pacific, LLC is dismissed without prejudice from this case, each party to bear its own costs.

SIGNED on this 3RD day of FEBRUARY, 2016, at Alexandria, Louisiana.

JUDGE