RECEIVED

FEB - 3 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

MARK D. CASHIO and
KIMBERLY W. CASHIO,

Plaintiffs,

v.

3M COMPANY, et al.,

Defendants.

: Case No. 1:15-cv-2222
:
:
:
:
: JUDGE DRELL
: MAGISTRATE PEREZ-MONTES
:
:
:
:
:
:

## ORDER DISMISSING DEFENDANT GOODYEAR TIRE & RUBBER COMPANY

After having maturely considered Plaintiffs' and Defendant's, Goodyear Tire & Rubber

Company, Stipulated Dismissal pursuant to Fed.R.Civ.P. 41(a)(1), the Court finds the Stipulated

Dismissal well-taken, and

IT IS ORDERED that Defendant Goodyear Tire & Rubber Company is dismissed

without prejudice from this case, each party to bear its own costs.

SIGNED on this 3RD day of FEBRUARY, 2016, at Alexandria, Louisiana.

_____
JUDGE