RECEIVED
FEB - 3 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| MARK D. CASHIO and KIMBERLY W. CASHIO, | : | Case No. 1:15-cv-2222 |
| Plaintiffs, | : | JUDGE DRELL |
| v. | : | MAGISTRATE PEREZ-MONTES |
| 3M COMPANY, et al., | : | |
| Defendants. | : | |

**ORDER DISMISSING DEFENDANT GENERAL ELECTRIC COMPANY**

After having maturely considered Plaintiffs' and Defendant's, General Electric Company, Stipulated Dismissal pursuant to Fed.R.Civ.P. 41(a)(1), the Court finds the Stipulated Dismissal well-taken, and

IT IS ORDERED that Defendant General Electric Company is dismissed without prejudice from this case, each party to bear its own costs.

SIGNED on this 3rd day of February, 2016, at Alexandria, Louisiana.

_____
JUDGE