RECEIVED
FEB - 3 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

MARK D. CASHIO and : Case No. 1:15-cv-2222
KIMBERLY W. CASHIO, :
:
:
:
Plaintiffs, : JUDGE DRELL
: MAGISTRATE PEREZ-MONTES
v. :
:
3M COMPANY, et al., :
:
Defendants. :

**ORDER DISMISSING DEFENDANT UNITED TECHNOLOGIES CORPORATION**

After having maturely considered Plaintiffs' and Defendant's, United Technologies Corporation, Stipulated Dismissal pursuant to Fed.R.Civ.P. 41(a)(1), the Court finds the Stipulated Dismissal well-taken, and

IT IS ORDERED that Defendant United Technologies Corporation is dismissed without prejudice from this case, each party to bear its own costs.

SIGNED on this 3RD day of FEBRUARY, 2016, at Alexandria, Louisiana.

JUDGE