RECEIVED

FEB - 4 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MARK D. CASHIO and<br>KIMBERLY W. CASHIO, | Case No. 1:15-cv-2222 |
| Plaintiffs, | JUDGE DRELL<br>MAGISTRATE PEREZ-MONTES |
| v. | |
| 3M COMPANY, et al., | |
| Defendants. | |

**ORDER DISMISSING DEFENDANT WYETH HOLDINGS LLC**

After having maturely considered Plaintiffs' and Defendant Wyeth Holdings LLC f/k/a Wyeth Holdings Corporation f/k/a American Cyanamid Company ("Defendant" or "American Cyanamid"), incorrectly named in the Second Amended Complaint as Cytec Industries Inc. and American Cyanamid Company Stipulated Dismissal pursuant to Fed.R.Civ.P. 41(a)(1), the Court finds the Stipulated Dismissal well-taken, and

IT IS ORDERED that Defendant Wyeth Holdings LLC is dismissed without prejudice from this case, each party to bear its own costs.

SIGNED on this 4th day of FEBRUARY, 2016, at Alexandria, Louisiana.

MAGISTRATE JUDGE PEREZ-MONTES
CHIEF DISTRICT JUDGE