RECEIVED

FEB - 4 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| MARK D. CASHIO and KIMBERLY W. CASHIO, | : | Case No. 1:15-cv-2222 |
| Plaintiffs, | : | JUDGE DRELL |
| v. | : | MAGISTRATE PEREZ-MONTES |
| 3M COMPANY, et al., | : | |
| Defendants. | : | |

**ORDER DISMISSING DEFENDANT IMO INDUSTRIES, INC.**

After having maturely considered Plaintiffs' and Defendant's, IMO Industries, Inc., Stipulated Dismissal pursuant to Fed.R.Civ.P. 41(a)(1), the Court finds the Stipulated Dismissal well-taken, and

IT IS ORDERED that Defendant IMO Industries, Inc. is dismissed without prejudice from this case, each party to bear its own costs.

SIGNED on this 4TH day of FEBRUARY, 2016, at Alexandria, Louisiana.

MAGISTRATE JUDGE PEREZ-MONTES
CHIEF DISTRICT JUDGE