RECEIVED

FEB - 4 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| MARK D. CASHIO and KIMBERLY W. CASHIO, | : | Case No. 1:15-cv-2222 |
| Plaintiffs, | : | JUDGE DRELL |
| | : | MAGISTRATE PEREZ-MONTES |
| v. | : | |
| 3M COMPANY, et al., | : | |
| Defendants. | : | |

**ORDER DISMISSING DEFENDANT DANA COMPANIES LLC**

After having maturely considered Plaintiffs' and Defendant's, Dana Companies LLC, Stipulated Dismissal pursuant to Fed.R.Civ.P. 41(a)(1), the Court finds the Stipulated Dismissal well-taken, and

IT IS ORDERED that Defendant Dana Companies LLC is dismissed without prejudice from this case, each party to bear its own costs.

SIGNED on this 4TH day of FEBRUARY, 2016, at Alexandria, Louisiana.

MAGISTRATE JUDGE PEREZ-MONTES
CHIEF DISTRICT JUDGE