U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 05 2016

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MARK D. CASHIO and KIMBERLY W. CASHIO, | Case No. 1:15-cv-2222 |
| Plaintiffs, | JUDGE DRELL |
| v. | MAGISTRATE PEREZ-MONTES |
| 3M COMPANY, et al., | |
| Defendants. | |

**ORDER DISMISSING DEFENDANT HARCO L.L.C.**

After having maturely considered Plaintiffs' and Defendant's, Harco L.L.C., Stipulated Dismissal pursuant to Fed.R.Civ.P. 41(a)(1), the Court finds the Stipulated Dismissal well-taken, and

IT IS ORDERED that Defendant Harco L.L.C. is dismissed without prejudice from this case, each party to bear its own costs.

SIGNED on this 5th day of FEBRUARY, 2016, at Alexandria, Louisiana.

MAGISTRATE JUDGE PEREZ-MONTES
CHIEF DISTRICT JUDGE