RECEIVED
FEB 16 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| MARK D. CASHIO and KIMBERLY W. CASHIO, | : | Case No. 1:15-cv-2222 |
| Plaintiffs, | : | JUDGE DRELL |
| | : | MAGISTRATE PEREZ-MONTES |
| v. | : | |
| 3M COMPANY, et al., | : | |
| Defendants. | : | |

**ORDER DISMISSING DEFENDANT SCHNEIDER ELECTRIC USA INCORPORATED**

After having maturely considered Plaintiffs' and Defendant's, Schneider Electric USA Incorporated, Stipulated Dismissal pursuant to Fed.R.Civ.P. 41(a)(1), the Court finds the Stipulated Dismissal well-taken, and

IT IS ORDERED that Defendant Schneider Electric USA Incorporated is dismissed without prejudice from this case, each party to bear its own costs.

SIGNED on this 16 day of FEBRUARY, 2016, at Alexandria, Louisiana.

MAGISTRATE JUDGE PEREZ-MONTES
CHIEF DISTRICT